NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SYLVESTER WAYNE WILLIAMS,**
*Plaintiff-Appellant,*

v.

**DEPARTMENT OF VETERANS AFFAIRS**
**AND UNITED STATES,**
*Defendants-Appellees.*

---

2011-1072

---

Appeal from the United States District Court for the Southern District of California in case no. 10-CV-1254, Judge Larry Alan Burns.

---

**ON MOTION**

---

**O R D E R**

Upon consideration of Sylvester Wayne Williams' motion to voluntarily dismiss his appeal,

IT IS ORDERED THAT:

(1)  The motion is granted.

(2)  Each side shall bear its own costs.

FOR THE COURT

**DEC 0 6 2010**
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc:  Sylvester Wayne Williams
Jeanne E. Davidson, Esq.

s21

Issued As A Mandate:  **DEC 0 6 2010**

**FILED**
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

**DEC 0 6 2010**

**JAN HORBALY
CLERK**